FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 20 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**STATE OF ARKANSAS, *ex rel.***
**LESLIE RUTLEDGE, ATTORNEY GENERAL**                    **PLAINTIFF**

v.                                  Case No. *4:16cv912 - JLH*

**CAPITAL CREDIT SOLUTIONS, INC., and**
**WILLIE J. McKENZIE**                                **DEFENDANTS**

**COMPLAINT**  This case assigned to District Judge _Holmes_
and to Magistrate Judge _Ray_

Plaintiff, State of Arkansas, *ex rel.* Leslie Rutledge, Attorney General, for its

Complaint against Defendants Capital Credit Solutions, Inc. ("CCS"), and Willie J.

McKenzie, states:

### I.      INTRODUCTION

1.      The State brings this consumer-protection action to redress and

restrain violations of the Federal Credit Repair Organizations Act, 15 U.S.C.

§§ 1679 through 1679j ("Credit Repair Organizations Act" or "CROA"); the Arkansas

Deceptive Trade Practices Act ("ADTPA"), Ark. Code Ann. §§ 4-88-101 through 115;

and the Arkansas Credit Services Organizations Act ("ACSOA"), Ark. Code Ann. §§

4-91-101 through 109.

2.      The Defendants' primary business practice is the furnishing of credit

repair services to Arkansas consumers.  In procuring business, Defendants make

1

several misleading representations in order to induce Arkansas consumers to purchase credit repair services.

3.     The State seeks an order imposing an injunction, restitution for affected consumers, an order imposing civil penalties and declaring joint and several liability for any penalties and monetary judgments awarded, attorneys' fees, costs, and other relief against Defendants.

## II.    PARTIES

4.     Plaintiff is the State of Arkansas, *ex rel.* Leslie Rutledge, Attorney General ("the State"), who is the chief legal officer of the State of Arkansas and has statutory authority to bring suit on behalf of the State to seek relief and redress for violations of the CROA, ADTPA, and ACSOA.

5.     Defendant Capital Credit Solutions, Inc., ("CCS") is a Florida for-profit corporation with its principal place of business at 5944 Richard Street, Jacksonville, Florida 32216. CCS's registered agent for service of process is Willie J. McKenzie at 9642 Sappington Avenue, Jacksonville, Florida.

6.     Defendant Willie J. McKenzie ("McKenzie') is a resident of the State of Florida.  McKenzie's address for service of process is 9642 Sappington Avenue, Jacksonville, Florida, 32208. McKenzie is the President of CCS.

7.     At all times material to this Complaint, acting alone or in concert with others, Defendant McKenzie directly or indirectly formulated, directed, controlled, supervised, managed, participated in, had knowledge of, and acquiesced in the business practices of CCS to the extent that he is personally, jointly and severally

2

liable for the unconscionable, deceptive, and otherwise unlawful acts and practices described below. Under Arkansas law, McKenzie "controls" the business activities of CCS within the meaning of Ark. Code Ann. § 4-88-113(d).

8.      Defendants have operated as a "credit repair organization" within the meaning of 15 U.S.C. § 1679a(3) of the CROA and a "credit service organization" as defined by section § 4-91-102(2)(A) of the ACSOA.

### III.      JURISDICTION AND VENUE

9.      The State's claims arise under 15 U.S.C. § 1679h(c) of the CROA, the ADTPA, and ACSOA. Jurisdiction is based on 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1367(a) (supplemental jurisdiction), which provides that the Court has "jurisdiction over all other claims that are so related to the claims in the action within the original jurisdiction that they form part of the same case or controversy." Here, violations of the ADTPA and ACSOA arise out of a common nucleus of operative fact along with the violations of CROA.

10.     This Court has jurisdiction over this Complaint pursuant to 15 U.S.C. § 1679h(c)(1), which allows the Attorney General to bring enforcement proceedings whenever she "has reason to believe that any person has violated or is violating this subchapter." CROA provides:

> In addition to such other remedies as are provided under State law, whenever the chief law enforcement officer of a State, or an official or agency designated by a State, has reason to believe that any person has violated or is violating this title, the State:
>
> (A)      may bring an action to enjoin such violation;

(B)    may bring an action on behalf of its residents to recover damages for which the person is liable to such residents under section 409 as a result of the violation; and

(C)    in the case of any successful action under subparagraph (A) or (B), shall be awarded the costs of the action and reasonable attorney fees as determined by the court.

15 U.S.C. § 1679h(c)(1).

11.    The activities giving rise to this Complaint were directed to Arkansas consumers and occurred in the State of Arkansas. The services complained of were advertised within this judicial district, and thus, pursuant to 28 U.S.C. § 1391, proper venue for this action lies within the Eastern District of Arkansas.

## IV.   FACTUAL ALLEGATIONS

12.    CCS and McKenzie are located in Florida and engage in interstate commerce to sell, provide, and perform credit repair services within the meaning of the CROA.

13.    CCS and McKenzie, beginning at a time unknown to the State and continuing to the present day, offer for sale to Arkansas consumers services purporting to improve a consumer's credit history, credit score, and credit ratings.

14.    In order to market their services to Arkansas consumers, Defendants place signs throughout Arkansas that advertise their services, and they solicit business in exchange for compensation. These signs are commonly referred to as "bandit signs," a tactic of guerilla marketing that typically involves the placement of unapproved signage in locations where no permission for placement has been given.

Common locations for this type of marketing include areas around gas stations and convenience stores, around strip malls, and at intersections adjacent to busy roadways. The "bandit signs" used by many credit repair companies are approximately twenty-four inches by eight inches and usually in the colors of red, white, or blue. Defendants' "bandit signs" sometimes read, "CREDIT REPAIR SERVICE 866-424-9966," and "REPAIR BAD CREDIT $250 866-424-9966." Photographs of these bandit signs are attached to this Complaint as Exhibit A.

15.    An internet search of the phone number listed on the signage leads consumers to a website for a company called "Capital Credit Solutions."[1] The website opens with a picture of a tree accompanied by the statement, "Grow Your Credit Score!" and claims that the company can be "Your Credit Repair Doctors." Screenshots of the website's landing page, taken on December 31, 2015, are attached to this Complaint as Exhibit B.

16.    The website makes the following representations:

    a.    "Welcome to your road to credit redemption. REPAIR BAD CREDIT $250";

    b.    ""Grow Your Credit Score!";

    c.    "WE REMOVE: OPEN COLLECTION ACCOUNTS ...";

    d.    All of the negative results will bring your score down! Its [sic] our job to remove some the [sic] items, including inaccurate debt!";

_____

[1] www.capitalcreditsolutions.comcastbiz.net

e.     "[T]he fastest and most efficient way to build your credit score is
       let [sic] us get to work for you!;

f.     "The longer your [sic] in the program the better the results!";[2]
       and

g.     A graph purporting to show the average number of credit item
       removals per client implying that the longer a client stays in the
       program, more removals of bad credit items will be obtained.[3]

17.     In offering these services, Defendants represent to Arkansas
consumers, both directly and implicitly, that the Defendants can improve
consumers' credit rating by disputing or eliminating negative items on consumers'
credit history. Thus, consumers are often left with the impression that the best way
to fix their credit is to hire Defendants and that better results are guaranteed the
longer they stay in the program.

18.     The contract for services, attached to the Complaint as Exhibit E,
makes the following representations:

a.     "Improve client's FICO/credit scores and credit history";

b.     "...[W]ill work hard to improve your credit rating and clear
       and/or [sic] correct your credit report of the credit and personal
       items you believe and identify to be inaccurate, misleading, or
       unverifiable"; and

---

[2] *See* Exhibit D.
[3]*See* Exhibit C, pp.1 & 2; *see also* http://www.capitalcreditsolutions.comcastbiz.net
(last visited April 26, 2016.)

    c.      "…[P]rovide any of the services listed in the Scope of Services [sic], including but not limited to, disputing negative items on your credit you believe may be inaccurate, misleading, or unverifiable."[4]

19.    The guarantee of improving a client's FICO/credit score, without qualification, is materially misleading because Defendants do not have the power to unilaterally improve anyone's FICO or credit score.

20.    In payment for these services, Defendants charge an initial up-front "enrollment fee" of $250 in addition to an ongoing monthly fee of $50 for continued services. The payment terms contained in the contract for services,[5] a copy of which is attached to the Complaint as Exhibit E, makes the following representations:

    a.      "The initial work fee (after completion) is $250";

    b.      "Our first work fee includes: Giving you access to our company customer login to view your credit report. And you [sic] case analysis which will be given to you before we process your payment";

    c.      "Payment is due three (3) days after this contract is signed";

    d.      "Your monthly fee after work is done every month is $50"; and

    e.      "Work is done the first 3 days of each month."[6]

---

[4] *See* Exhibit E, p. 2
[5] *See* Exhibit E.
[6] *See* Exhibit E, p. 1.

21.     The purpose of the Credit Repair Organization Act is to "ensure that prospective buyers are provided with the information necessary to make an informed decision regarding the purchase of such services."  15 U.S.C. 1679(b)(1). The Defendants fail to make required disclosures throughout their website and contract in the form and manner required by statute.

22.     In truth, the only path toward repairing bad credit is time and diligent attention to prompt payment of credit balances. Accurate, but negative, reports to a credit bureau cannot be erased with the types of activities undertaken by Defendants.

23.     Further, the services offered by Defendants, who claim to be experts in the form of "credit repair doctors," do not perform any specialized services. Any service that Defendants could provide to an Arkansas consumer, the consumer could perform themselves at little or no cost.

24.     Accurate but negative credit items cannot be removed from a credit report easily or quickly. In fact, there are no legal means at the disposal of Defendants which would allow them to remove all negative credit items from a consumer's credit report.

## V.     VIOLATIONS OF LAW

### A.     Violations of the Credit Repair Organizations Act

25.     The Credit Repair Organizations Act, codified at 15 U.S.C. § 1679—1679(j) ("CROA"), sets forth the Federal government's statutory program for certain aspects of a credit repair organizations.

26.     The Defendants are a "credit repair organization" as defined by the CROA, 15 U.S.C. § 1679a(3).

27.     It is a violation of the CROA to "make or use any untrue or misleading representation of the services of the credit repair organization..."[7]

28.     Defendants violated this provision by making numerous untrue and misleading statements regarding their services:

a.      Defendants claim on signage and on their website that they can "REPAIR BAD CREDIT;"[8]

b.      Defendants represent, expressly or by implication, that they can improve consumers' FICO credit score, credit history, and credit rating; by disputing or eliminating negative items on consumers' credit history;[9]

c.      Defendants advertise that they have the ability to remove open collection accounts;[10]

d.      Defendants claim that the longer a consumer is in their program the better the results, and Defendants provide a graphical illustration in support of this statement;[11] and

_____

[7] 15 U.S.C. §§ 1679(a)(3)&(4).
[8] Exhibits A, B, and C.
[9] *See* Exhibit E, p. 2.
[10] *See* Exhibit C, p. 2.
[11] *See* Exhibit C, p. 2, and Exhibit D.

e.      Defendants represent, expressly or by implication, that the fastest and most efficient way to build consumers' credit score is to let Defendants get to work for the consumers.[12]

29.     The representations listed in paragraph 28 are incorrect because accurate credit reporting, even if it is "bad" or negative, cannot be legally removed. Defendants are unable to build credit for consumers, and Defendants are unable to remove an accurate open collection account from anyone's credit report.

30.     Credit repair organizations are prohibited from "…charg[ing] or receiv[ing] any money or other valuable consideration for the performance of any service…before such service is *fully* performed."[13] In each example listed below, Defendants plainly collect money from consumers before the promised work is complete:

a.      Defendants charge an initial enrollment fee of $250;[14]

b.      Defendants require full payment within three (3) days of signing the contract;[15] and

c.      Defendants charge a monthly fee of $50 for continuing work, which is due the first three days of each month.[16]

---

[12] *See* Exhibit C, p. 2.
[13] 15 U.S.C. § 1679b(b) (emphasis added).
[14] *See* Exhibit D and Exhibit E, p. 1.
[15] *See* Exhibit E, p. 1.
[16] *See* Exhibit E, p. 1.

31.     Defendants collect the entire $250 before the completion of work under the contract (or at least prior to disputing a single adverse item with the three credit bureaus).

32.     The CROA requires a disclosure statement to consumers for the purposes of "ensur[ing] that prospective buyers are provided with the information necessary to make an informed decision regarding the purchase of such services."[17] One way that the CROA intends to accomplish this is by requiring a disclosure statement, contract for services, and notice of cancellation in certain forms that contain particular content.[18] This disclosure statement begins with the heading, in bold, "**Consumer Credit File Rights Under State and Federal Law**" to highlight its importance and states:[19]

> You have a right to dispute inaccurate information in your credit report by contacting the credit bureau directly. However, neither you nor any 'credit repair' company or credit repair organization has the right to have accurate, current, and verifiable information removed from your credit report. The credit bureau must remove accurate, negative information from your report only if it is over 7 years old. Bankruptcy information can be reported for 10 years.
>
> You have a right to obtain a copy of your credit report from a credit bureau. You may be charged a reasonable fee. There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The credit bureau must provide someone to help you interpret the information in your credit file. You are entitled to receive a free copy of your credit report if you are unemployed

---

[17] 15 U.S.C. 1679(b)(1).

[18] *See* 15 U.S.C. §1679c, §1679d and §1679e.

[19] Id.

and intend to apply for employment in the next 60 days, if you are a recipient of public welfare assistance, or if you have reason to believe that there is inaccurate information in your credit report due to fraud.

You have a right to sue a credit repair organization that violates the Credit Repair Organization Act. This law prohibits deceptive practices by credit repair organizations.

You have the right to cancel your contract with any credit repair organization for any reason within 3 business days from the date you signed it.

Credit bureaus are required to follow reasonable procedures to ensure that the information they report is accurate. However, mistakes may occur.

You may, on your own, notify a credit bureau in writing that you dispute the accuracy of information in your credit file. The credit bureau must then reinvestigate and modify or remove inaccurate or incomplete information. The credit bureau may not charge any fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the credit bureau.

If the credit bureau's reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the credit bureau, to be kept in your file, explaining why you think the record is inaccurate. The credit bureau must include a summary of your statement about disputed information with any report it issues about you.

The Federal Trade Commission regulates credit bureaus and credit repair organizations. For more information contact:

**The Public Reference Branch**
**Federal Trade Commission**
**Washington, D.C. 20580.**[20]

33.     This disclosure must be provided on a separate piece of paper, before any contract is executed.[21]

---

[20] 15 U.S.C. §§ 1679c(a).
[21] 15 U.S.C. §§ 1679c(a) & (b).

34.   Defendants fail to make the required disclosures throughout their website or in the contract for services in the form and manner required by the CROA. Defendants fail to bold the title of the disclosure or the address of the Federal Trade Commission.[22]   Additionally, the Defendants do not provide this statement on a separate piece of paper and instead bury it in the boiler-plate contract between the "terms and conditions" and "Limited Power of Attorney" sections.  These examples reflect not only Defendants' failure to meet the statutory requirements, but they serve to suppress important information from consumers.

35.   In addition, Defendants' advertising is intentionally designed to undermine the content of the required disclosure and result in confusion for consumers.

    a.  While the disclosure states that "neither you nor any 'credit repair' company or credit repair organization has the right to have accurate, current, and verifiable information removed from your credit report," Defendants advertise that they can remove open collection accounts, repaid bad credit, improve credit history, and many other direct contradictions to the disclosure language.

    b.  While the disclosures makes clear in a number of places that consumers can perform such tasks on their own, Defendants imply that they can provide better and faster results with no substantiation.

---

[22] *See generally* Exhibit E, p. 4.

36.     Before any services can be provided, the CROA mandates that work may not be completed on any contract before "the *end* of the third business day" after the contract is signed.[23] Defendants explicitly state that, after signing the contract, "we will complete the initial work" during the *first* three days.[24] This is in direct violation to the instructions of the CROA and undermines the consumers' right to cancel the agreement.

37.     CROA also requires Credit repair organizations to include "the terms and conditions of payment, including the total amount of all payments to be made by the consumer to the credit repair organization or to *any other person*."[25] Defendants fail to include a total of all the payments to be made by the consumer. They also do not mention the possibility of the credit bureau charging a fee for provision of credit reports under the terms and conditions section of the contract.

38.     CROA requires credit repair organization contracts to conspicuously state that the contract can be canceled within three business days.  CROA requires that this statement appear in the contract next to the space reserved for the consumer's signature.[26]  While Defendants include the requisite three-day language on the third page of their contract, this disclosure is obscured by the contradictory disclosure in the notice of cancellation section, which states that cancellation may occur at "any time."

---

[23] 15 U.S.C. §§ 1679d(a)(1)&(2) (emphasis added).
[24] *See* Exhibit E, p. 1 (emphasis added).
[25] 15 U.S.C. § 1679d(b)(1) (emphasis added).
[26] 15 U.S.C. § 1679d(b)(4).

39.    In addition to the above-referenced cancellation warning, the CROA requires that credit repair organizations provide a cancellation form, in duplicate, with the heading "Notice of Cancellation" that contains, in boldface type, the following statement: "You may cancel the contract, without penalty or obligation, at any time before midnight of the 3rd day which begins after the date the contract is signed by you..."[27] Defendants do not provide a separate cancellation notice and do not include it in boldface type.    Defendants' actions demonstrate numerous violations of CROA.

40.    In accordance with 15 U.S.C. § 1679h(2)(A), the Attorney General provided notice of this filing to the Federal Trade Commission.

**B.    Violations of the Arkansas Deceptive Trade Practices Act**

41.    The ADTPA sets forth the State's statutory framework governing deceptive, false, and unconscionable trade practices.

42.    Defendants' business practices relating to the provision of credit repair services constitute the sale of "services."[28] The same business practices constitute business, commerce, or trade.[29]

43.    It is unlawful to "knowingly make a false representation as to the characteristics, uses, benefits...of services..."[30] Defendants are in violation of this provision by:

a.    Communicating to consumers that they can "Repair Bad Credit;"

---

[27] 15 U.S.C. §1679e(b)
[28] Ark. Code Ann. § 4-88-102(7).
[29] Ark. Code Ann. § 4-88-107.
[30] Ark. Code Ann. § 4-88-107(a)(1).

b.    Communicating to consumer that they can "Remove open collection accounts;"

c.    Claiming that it can serve as a "Credit Repair Doctor;" and

d.    Promising to remove negative credit.

44.    It is unlawful to engage in "unconscionable, false, or deceptive acts or practices in business, commerce, or trade."[31] Defendants are in violation of this provision by:

a.    Charging an initial fee and a monthly fee when such is prohibited by law;

b.    Holding themselves out as experts in the field, using the phrase "Credit Repair Doctors," while possessing no specialized skills to perform the task, and further, possessing no skills or knowledge that is not already fully accessible to consumers.

45.    Arkansas law prohibits the act, use, or employment of any deception or fraud in advertising services.[32] The statute also prohibits the use of "concealment, suppression, or omission of any material fact in the connection with the sale or advertisement of any goods or services."[33] Defendants are in violation of this provision by:

---

[31] Ark. Code Ann. § 4-88-107(a)(10).
[32] Ark. Code Ann. § 4-88-108.
[33] *Id.*

    a.    Promising to remove open collection accounts and repair bad credit while omitting the fact that accurate, but negative credit cannot be removed; and

    b.    By failing to disclose that the only way to repair bad credit is time and diligent attention to prompt payment of credit balances.

46.    The Defendants have engaged in a course of trade or commerce and have engaged in acts or practices that constitute unconscionable and deceptive acts or practices, each of which is a violation of the ADTPA.

### C.    <u>Violations of the Arkansas Credit Services Organizations Act</u>

61.    The Arkansas Credit Services Organizations Act ("ACSOA") sets forth the State's statutory program requiring certain statements and prohibiting certain activities in the industry of credit repair services.[34]

62.    The Defendants are a "Credit Services Organization" as defined by the ACSOA.[35]

63.    Credit services organizations are prohibited from:

> "[c]harg[ing] or receiv[ing] any money or other valuable consideration prior to *full* and *complete performance* of the services the credit services organization has agreed to perform for the buyer unless the credit service organization has obtained a surety bond of ten thousand dollars ($10,000) by a surety company admitted to do business in this state and has established a trust account at a federally insured bank or savings and loan association located in this State."[36]

Defendants violated this provision because:

---

[34] Ark. Code Ann. §§ 4-91-101 through 109.

[35] Ark. Code Ann. § 4-91-102(2)(A)(i).

[36] Ark. Code Ann. § 4-91-106(a)(1) (emphasis added).

a.   Defendants charge an initial enrollment fee of $250;[37]

b.   Defendants require full payment of this fee within three (3) days of signing the contract;[38] and

c.   Defendants charge a recurring monthly fee of $50 for continuing work and it is paid in advance of the completion of all services.[39]

64.   It is a violation of the ACSOA to:

[m]ake or use any untrue or misleading representations in the offer or sale of the services of a credit services organization or engage, directly or indirectly, in any act, practice or course of business that operates or would operate as a fraud or deception upon any person in connection with the offer or sale of the services of the credit services organization.[40]

The Defendants violated this provision because:

a.   Defendants represent, expressly and by implication, that Defendants can improve consumers' credit score by disputing or eliminating negative items on consumers' credit history, a representation that they cannot guarantee; [41]

b.   Defendants advertise that they have the ability to remove open collection accounts, which they cannot guarantee;[42]

c.   Defendants claim that consumers' results will improve the longer the consumer stays in the program;[43] and

---

[37] *See* Exhibit D and Exhibit E, p. 1.
[38] Exhibit E, p. 1.
[39] Exhibit E, p. 1.
[40] A.C.A.§ 4-91-106(a)(4).
[41] Exhibit E, p. 2.
[42] Exhibit C, p. 2.

d.     Defendants claim, expressly and by implication, that the fastest and most efficient way to build consumers' credit scores is to let the Defendants get to work, which consumers are capable of doing for themselves at no cost.[44]

65.     ACSOA requires that "*before* execution of any contract or agreement" or *before* the consumer pays "any money or other consideration," the credit service organization "shall provide the buyer with" an information statement, in writing, containing the content outlined by Ark. Code Ann. §4-91-108.[45] The Defendants fail to provide consumers with an information statement containing the "information required by § 4-91-108."

66.     ACSOA requires credit service organizations to provide an information statement to consumers.[46] The information statements must state "[t]he approximate price the buyer will be charged by the *consumer reporting agency* to review his or her reporting agency file."[47] The Defendants fail to comply and only state that the credit bureau may charge "no fee" or a "reasonable fee,"[48] and they do not provide any estimate or "approximate price."

67.     The information statement also must contain a declaration "asserting the buyer's right to proceed against the bond or trust account" and "the name and address of the surety company that issued the bond" or the "name and address of

---

[43] Exhibit C, p. 2, and Exhibit D.

[44] Exhibit C, p. 2.

[45] Ark. Code Ann. §4-91-107(a) (emphasis added).

[46] Ark. Code Ann. § 4-91-108.

[47] Ark. Code Ann. § 4-91-108(1)(c) (emphasis added).

[48] *See generally,* Exhibit E, p. 4.

the depository and the trustee and the account number of the trust account."[49]  The
Defendants do not include this required declaration.  Defendants' failure to include
the information required in § 4-91-108 means they also fail to provide an accurate
information statement before execution of the contract as mandated by §4-91-107.

68.    ASCOA requires that all contracts between the credit service
organization and the consumer shall contain "[t]he terms and conditions of
payment, including the *total of all payments* to be made by the buyer, whether to
the credit service organization or to *some other person*."[50]  The Defendants fail to
include the total amount of all payments in the contract.

69.    ASCOA requires that all contracts between the credit service
organization and the buyer shall contain "[t]he credit services organization's
principal business address and the name and address of its agent in this state
authorized to receive service of process."[51]  Defendants, however, do not include the
name or address of an agent authorized to receive service of process in this State.

70.    The ACSOA requires that all contracts between the credit service
organization and the buyer shall contain a "Notice of Cancellation" as required by
statute.[52]  The "Notice of Cancellation" shall accompany the contract, in duplicate,
and "shall be attached to the contract, be easily detachable, and contain in boldface
type" statutory language, including a statement that "if you cancel this contract,
any payment... will be returned within ten (10) days following the sellers receipt of

---

[49] Ark. Code Ann. § 4-91-108(4) and (5).
[50] Ark. Code Ann. § 4-91-109(a)(1)(B) (emphasis added).
[51] Ark. Code Ann. § 4-91-109(a)(1)(D).
[52] Ark. Code Ann. § 4-91-109(a)(2).

the cancelation notice."[53]   Defendants fail to include the required statutory language advising consumers of the number of days that they have to cancel the contract and that payment must be returned within ten days after any cancellation. Defendants also fail to provide the document as an easily-detachable duplicate.[54]

## VI.   **PRAYER FOR RELIEF**

75.    Pursuant to 15 U.S.C. §1679h(c)(1)(A), the Attorney General may bring an action to enjoin conduct that violates the law.

76.    Under the provisions of 15 U.S.C. §1679h(c)(1)(A) and Ark. Code Ann. § 4-91-105, the Attorney General may bring an action on behalf of Arkansas consumers to recover actual damages.

77.    Pursuant to Ark. Code Ann. § 4-91-105, the Attorney General may bring an action on behalf of Arkansas consumers to recover actual and punitive damages.

78.    Under the provisions of Ark. Code Ann. § 4-88-104 and § 4-88-113(a)(1), the Attorney General may seek an injunction prohibiting deceptive or unlawful practices, including the use or employment of prohibited practices.

79.    Pursuant to Ark. Code Ann. § 4-88-113(a)(2)(A), the Court may order that restitution be awarded to any purchaser who has suffered any ascertainable loss by reason of the use or employment of the prohibited practices.

---

[53] *Id.*

[54] *See generally,* Exhibit E, p. 6.

21

80.     Pursuant to Ark. Code Ann. § 4-88-113(a)(3), any person who violates the provisions of the ADTPA may be assessed a civil penalty of up to $10,000 for each violation.

81.     Pursuant to Ark. Code Ann. § 4-88-113(b), the Attorney General may petition the Court to order the suspension or forfeiture of franchises, corporate charters, or other licenses or permits or authorization to do business in this State.

82.     In addition, under the provisions of Ark. Code Ann. §§ 4-88-113(e) and 4-91-105(a) as well as 15 U.S.C. § 1679h(c)(1)(C), the Court may award costs and attorney fees as determined by the Court.

83.     Pursuant to Ark. Code Ann. § 4-88-113(d)(1), "[e]very person who directly or indirectly controls another person who is in violation of or liable under" the ADTPA and every partner, officer, or director of another person who is liable thereunder "shall be jointly and severally liable for any penalties assessed and any monetary judgments awarded in any proceeding for civil enforcement of the provisions of" the ADTPA, "provided that the persons to be held jointly and severally liable knew or reasonably should have known of the existence of the facts by reason of which the violation or liability exists."

84.     Defendants are persons who have engaged in unconscionable, false, or deceptive acts or practices in business, commerce, or trade, as set out more specifically above.

WHEREFORE, the above premises considered, the State of Arkansas, *ex rel.* Leslie Rutledge, Attorney General, respectfully requests that this Court grant the following relief:

a.      Issue an injunction, pursuant to §§ 4-88-104 and -113(a)(1), preventing Defendants from engaging in any deceptive acts or practices and an order permanently enjoining Defendants from violating the Credit Repair Organizations Act, 15 U.S.C. § 1679-1679j;

b.      Issue an order canceling any outstanding contracts for credit repair services, together with any obligations to which consumers may, arguably, be subject under such contracts;

c.      Issue an order, pursuant to 15 U.S.C. § 1679g and Ark. Code Ann. § 4-91-105, for actual damages, being the greater of either: (a) the amount of any actual damages sustained by such person as a result of the violations; or (b) any amounts paid by consumers to the Defendants;

d.      Issue an order, pursuant to Ark. Code Ann. § 4-91-105, for punitive damages, in an amount reflecting the reprehensible conduct of Defendants and according to proof.

e.      Issue an order, pursuant to Ark. Code Ann. § 4-88-113(a)(2), requiring Defendants to pay restitution to those Arkansas consumers affected by the activities outlined herein. Additionally, or in the alternative, Defendants should be required to return to affected consumers all funds received by Defendants as a result of the use of prohibited practices;

f.      Impose civil penalties, pursuant to Ark. Code Ann. § 4-88-113(a)(3), against each Defendant in the amount of ten thousand dollars ($10,000) for each violation of the ADTPA;

g.      Issue an order, pursuant to Ark. Code Ann. § 4-88-113(b), forfeiting the corporate charters, licenses, permits or any authorizations to do business in Arkansas currently held by Defendants;

h.      Issue an order, pursuant to Ark. Code Ann. § 4-88-113(e) and § 4-91-105, requiring Defendant to pay the State's costs and fees in this investigation and litigation including, but not limited to, attorneys' fees and cost;

i.      Issue an order, pursuant to Ark. Code Ann. § 4-88-113(d) that Defendant Willie McKenzie directly or indirectly controlled the actions of the remaining Defendants and that he should be held jointly and severally liable for any violations committed by the other Defendants; and

j.      Grant all other relief that may be just and appropriate.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General


By:    _John Alexander_

John Alexander, Ark. Bar No. 2015-248
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone: 501-682-8063
Email: John.Alexander@ArkansasAG.gov

## LIST OF EXHIBITS

**Exhibit A:  Photographs of Defendant's "bandit sign"**

**Exhibit B:  Photograph of Defendant's "Intro Page" on website**

**Exhibit C:   Photograph of Defendant's "Home Page" on website**

**Exhibit D:  Copy of Defendant CCS's "FAQ" page on website**

**Exhibit E: Copy of Defendant CCS's "Full Contract" from website**

**Exhibit A**



## Exhibit B



## Exhibit C



## HOW DOES IT WORK



**730+**
excellent credit

**700-729**
good/above average

**670-699**

**585-669**
fair credit

**584 or below**
poor credit

## Grow Your Credit Score!

WE REMOVE

- OPEN COLLECTION ACCOUNTS
- INACCURATE LATE PAYMENTS
- INACCURATE CHARGEOFFS
- INACCURATE LIENS
- INACCURATE REPOSSESSIONS
- INACCURATE FORECLOSURES
- INACCURATE HOSPITAL BILLS

All of the negative results will bring your score down! Its our job to remove some the items, including inaccurate debt! Our team of professionals work deligently to remove these items from consumers credit reports on all 3 credit bureaus! If you have any of these items on your credit report then its possible that your NOT at the top of this tree!

It's a fact that your credit will not fix itself! And everyday that you pay late your credit score is goind further down the tree! What collection agencies don't tell you is that even if you pay off all your debt your credit score will not come up! The only way to build your credit is to start a line of credit and pay it on time! Or the fastest and most efficient way to build your credit score is let us get to work for you! We use the Fair Credit Reporting Act to remove items from consumers credit report! These are legal and hard deletions that will build your credit score! So call us now at **1-866-424-9966** !

AVERAGE REMOVALS PER CLIENT



**Here's and idea of how the process works. The longer your in the program the better the results!**

**\*\*Credit Repair and restoration services are not available to Georgia residents.**

**Exhibit D**



**Capital Credit Solutions Inc.**

Home

About Us

Our Services

Customer Log In

FAQ

Contract

Contact

**FREQUENT ASKED QUESTIONS**

**Can I Make Payment Arrangements?**

Yes  we understand that some clients can't afford to pa, the full enrollment  As a result speak to your customer service representative for financial assistance!

**Do you work on all 3 Credit Bureaus?**

Yes  we work deligentl, with Trans Union  Equifax  and Experian!

**How Long does it take?**

The program usally take between 4-7 months  but it depends on the severity of your case! Every case is different but the longer your in the program the better your results will be!

**What is the enrollment Fee?**

Our enrollment fee is $250  which give you access to our customer login  Plz call for weekly discounts!

**Can i come to your location?**

Sure  were located at 5944 Richard Street  Jacksonville  Florida  32216

**What are your hours of operation?**

We are open from Mon-Fri 9 00 a m to 7 00 p m Eastern Standard Time  And Saturdays from 10 00 a m to 3 00 p m

**Do you have a Money Back Guarantee?**

Yes  if we dont build your credit score  we will send 100% percent of your money with 24 hours!

**Will I have 24/7 online support?**

Yes  all of our clients will receive online support  to view their results and the credit scores!

**Is this a scam?**

No we offer clients the ability to work with us  providing them the opportunity to see what were doing to their credit reports before we charge them!

**How do we do it?**

Our firm uses the fair credit reporting act to improve consumers credit reports!

**Exhibit E**

| |
|---|
| Home |
| About Us |
| Our Services |
| Customer Log In |
| FAQ |
| Contract |
| Contact |

**CAPITAL CREDIT SOLUTIONS INC.**

**Credit Servicing and Repair Application**

5944 Richard Street

Jacksonville Florida 32216

Date:

Client:

Client Street:

Client City  State  zip:

**Payment Terms:**

The initial work fee (after completion) is $250

Payment is due three (3) days after this contract is signed. During these three days we will complete the initial work. Our first work fee includes: Giving you access to our company customer login to view your credit report. And you case analysis which will be given to you before we process your payment. If we do not complete the initial work, we'll contact you to let you know and your payment will not be processed. Your monthly fee after work is done every month is $50

Payment is due after work is completed. Work is done the first 3 days of each month

Your monthly fee after work is done every month is $50

Payment is due after work is completed. Work is done after receiving response from Credit Bureau informing the removal or correction of the trade line / item

None sufficient funds fee is $0

This fee is assessed if your payment bounces back or cannot be processed by reasons caused by you.

**Client's Signature:**

**SSN:**

**Date:**

**You may cancel this contract without penalty or obligation at any time. See the attached notice of cancellation form for an explanation of this right.**

**This Agreement sets forth the terms and conditions of this contract entered into between You, the client, (as set forth herein and used interchangeably as "You" or "the client") and Capital Credit Solutions inc (as set forth herein as "THE COMPANY").**

This Agreement sets forth the terms and conditions of this contract entered into between You, the client, (as set forth herein and used interchangeably as "You" or "the client") and Capital Credit Solutions Inc (as set forth herein as "THE COMPANY").

Improve client's FICO/credit scores and credit history Provide consulting services on credit history and will work hard to improve your credit rating and clear and/or correct your credit report of the credit and personal items which you believe and identify to be inaccurate, misleading or unverifiable However because the particular issues involved in each individual case vary from case to case, Capital Credit Solutions Inc cannot guarantee a specific outcome or accurately predict how long the process will take, but the average time for most clients is six (6) months As such, the dispute process, or credit cards or debt negotiations may take more or less than twelve months Capital Credit Solutions Inc relies on the accuracy and truthfulness of the information that "you" provide to perform our services.

Capital Credit Solutions Inc disclaims any guarantee herein contained if the client does any of the following

Provides inaccurate information of any kind, included but not limited to, any personal information Changes their mailing address Adds any new negative accounts to their credit report(s) Obtains new credit Exceeds 50% of the credit limit on any open credit account. Violates or fails to fully comply with any of the Terms and Conditions contained herein

**Terms and Conditions**

As a client you understand, acknowledge and agree to the following

    You agree to retain Capital Credit Solutions Inc to provide any of the services listed in the Scope of Services, including but not limited to, disputing negative items on your credit you believe may be inaccurate misleading or unverifiable

·    **You agree to pay Capital Credit Solutions Inc the initial Work Fee within five (1) business days of signing this Agreement and only after the First Work is completed You understand and acknowledge that the First Work is non-refundable after five days of signing this Agreement and after the first work is done.**

·    **You agree to pay Capital Credit Solutions Inc, during 30 days after signing into the program for work as it is completed on a month-to-month basis in the amount set forth above.**

·    **You understand and acknowledge that failure to timely pay for whatever reason will suspend all work on your behalf, including but not limited to, stopping all correspondence with the credit bureaus or creditors and any consulting services to be performed on your behalf, until payment in full is received.** After ninety (90) days of any failure to make a timely payment, Capital Credit Solutions Inc will close your account and cease any communications with you. To use Capital Credit Solutions Inc services after failure to make a timely payment within ninety (90) days you agree and acknowledge that you may be required to establish a new account and pay all first work fees again

    You agree to pay Capital Credit Solutions Inc service charge of $0 for all dishonored payments which shall be added to the total amount due

    You agree to forward copies of all correspondences you receive from any credit bureau including but not limited to letters and credit reports, and promptly inform Capital Credit Solutions Inc of any changes in your physical address and/or email address You understand that Capital Credit Solutions Inc cannot perform the service provided without obtaining copies of the credit reports and all correspondence from the credit bureaus.

    You acknowledge and agree that you request that Capital Credit Solutions Inc dispute all derogatory information found on your credit reports except for information disclosed separately You agree that Capital Credit Solutions Inc will consider any derogatory information that is not disclosed to Capital Credit Solutions Inc to be inaccurate, unverifiable, or

You acknowledge and agree that you request that **Capital Credit Solutions inc** dispute all derogatory information found on your credit reports except for information disclosed separately. You agree that **Capital Credit Solutions inc** will consider any derogatory information that is not disclosed to **Capital Credit Solutions inc** to be inaccurate, unverifiable, or obsolete.

You understand and acknowledge that your failure to comply with any of these Terms and Conditions may prevent **Capital Credit Solutions inc** from performing the requested services, may delay the performance of any services on your behalf and may void any and all of the guarantees contained herein at **Capital Credit Solutions inc** sole discretion.

You agree that any correspondence sent on your behalf and/or in your name by **Capital Credit Solutions inc** re proprietary to **Capital Credit Solutions inc** and will not be kept as part of your client file.

You agree to make copies of any documents provided to **Capital Credit Solutions inc** to retain with your personal records. You agree that **Capital Credit Solutions inc** may not return documents forwarded by you and is under no obligation to retain copies of the correspondence sent to the credit bureaus on your behalf.

You understand that it is **Capital Credit Solutions inc** policy to shred all documents not required to be retained by law after thirty (30) days of completion of the services provided or upon cancellation of **Capital Credit Solutions inc** services, whichever occurs first.

You acknowledge and agree that **Capital Credit Solutions inc** will not discuss your case with any unauthorized person (including your spouse/family member/significant other, etc.) unless you provide specific written authorization to **Capital Credit Solutions inc.**

You agree that everything that you have stated in this application is true and correct to the best of your knowledge

You acknowledge that you have received a copy of this agreement and the disclosures required by the Credit Repair Organizations Act (CROA, Sec. 405).

By signing this Agreement below, you acknowledge and agree that you, the Client, have read and agree to all of the terms of this Agreement. If you chose not to agree to any of the terms herein, you understand that will **Capital Credit Solutions inc** not be able to represent you nor will you be a Client of **Capital Credit Solutions inc.**

**Client's Signature:**
**SSN:**

**DATE**

**You may cancel this contract without penalty or obligation at any time before midnight of the 3rd business day after the date on which you signed the contract. See the attached notice of cancellation form for an explanation of this right.**

**DISCLOSURES**

Consumer Credit File Rights Under State and Federal Law

## DISCLOSURES

Consumer Credit File Rights Under State and Federal Law

You have a right to dispute inaccurate information in your credit report by contacting the credit bureau directly. However, neither you nor any "credit repair" company or credit repair organization has the right to have accurate, current and verifiable information removed from your credit report. The credit bureau must remove accurate, negative information from your report only if it is over 7 years old. Bankruptcy information can be reported for 10 years.

You have a right to obtain a copy of your credit report from a credit bureau. You may be charged a reasonable fee. There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The credit bureau must provide someone to help you interpret the information in your credit file. You are entitled to receive a free copy of your credit report if you are unemployed and intend to apply for employment in the next 60 days, if you are a recipient of public welfare assistance, or if you have reason to believe that there is inaccurate information in your credit report due to fraud.

You have a right to sue a credit repair organization that violates the Credit Repair Organization Act. This law prohibits deceptive practices by credit repair organizations.

You have the right to cancel your contract with any credit repair organization for any reason within 3 business days from the date you signed it.

Credit bureaus are required to follow reasonable procedures to ensure that the information they report is accurate. However, mistakes may occur.

You may, on your own, notify a credit bureau in writing that you dispute the accuracy of information in your credit file. The credit bureau must then reinvestigate and modify or remove inaccurate or incomplete information. The credit bureau may not charge any fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the credit bureau.

If the credit bureau's reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the credit bureau, to be kept in your file, explaining why you think the record is inaccurate. The credit bureau must include a summary of your statement about disputed information with any report it issues about you.

The Federal Trade Commission regulates credit bureaus and credit repair organizations. For more information contact:

The Public Reference Branch
Federal Trade Commission
Washington, D.C. 20580

### Limited Power of Attorney Disclosure

Capital Credit Solutions inc needs permission from you, (the client) to communicate with credit bureaus, creditors, data furnishers and others, in your name and on your behalf, including writing, signing and transmitting letters and electronic documents in your name. **This is a Limited Power of Attorney, granting permission to Capital Credit Solutions inc to do this. It authorizes and directs Capital Credit Solutions inc to act as your disclosed and undisclosed agent when performing the services you have retained Capital Credit Solutions inc to provide. You may cancel your authorization and this Limited Power of Attorney at any time by sending Capital Credit Solutions inc Revocation of Limited Power of Attorney stating that you retract your authorization. Without this written authorization and Limited Power of Attorney, Capital Credit Solutions inc is unable to represent you, therefore canceling this authorization will close your case. Please print a copy of this Agreement for your records.**

Be it known that by submitting this form I, _____ hereby grant a Limited Power of Attorney to and any Capital Credit Solutions inc and all persons in their employ, as my agent, to have the necessary power and authority to undertake and perform the following in my behalf.

The Federal Trade Commission regulates credit bureaus and credit repair organizations. For more information contact.

The Public Reference Branch
Federal Trade Commission
Washington D C 20580

**Limited Power of Attorney Disclosure**

**Capital Credit Solutions Inc** needs permission from you (the client) to communicate with credit bureaus, creditors, data furnishers and others, in your name and on your behalf, including writing, signing and transmitting letters and electronic documents in your name. **This is a Limited Power of Attorney** granting permission to **Capital Credit Solutions Inc** to do this. It authorizes and directs **Capital Credit Solutions Inc** to act as your disclosed and undisclosed agent when performing the services you have retained **Capital Credit Solutions Inc** to provide. You may cancel your authorization and this Limited Power of Attorney at any time by sending **Capital Credit Solutions Inc** Revocation of Limited Power of Attorney stating that you retract your authorization. Without this written authorization and Limited Power of Attorney **Capital Credit Solutions Inc** is unable to represent you, therefore canceling this authorization will close your case. Please print a copy of this Agreement for your records

Be it known that by submitting this form I _____ hereby grant a Limited Power of Attorney to and any **Capital Credit Solutions Inc** and all persons in their employ, as my agent, to have the necessary power and authority to undertake and perform the following in my behalf

I, _____ hereby give permission to **Capital Credit Solutions Inc** to sign all documents written on my behalf, as my duly appointed proxy, for the purpose of disputing inaccurate, erroneous, and obsolete credit information held on my credit report by consumer credit reporting agencies.

_____ initials.

I appoint _____ as my agent to act in my behalf, as set forth in the following matters only; signing of correspondences addressed to credit bureaus, creditors and data furnishers, obtaining credit information over the telephone, fax and/or through written correspondence from credit bureaus, creditors, data furnishers and/or collection agencies.

_____ initials.

If mediation of a debt is necessary, I _____ give **Capital Credit Solutions Inc** and its officers, the right to discuss information to help resolve, reduce, or dispute a debt. I _____ understand that I have the right to revoke or terminate this limited power of attorney at any time with a written Revocation of Limited Power of Attorney to **Capital Credit Solutions Inc.**

According to the Consumer Credit File Rights, Under State and Federal Law, I have been made aware of the fact that I could attempt to repair my own credit

_____ initials

This "Limited Power of Attorney" is given to **Capital Credit Solutions Inc** in compliance with Section 611 of the Federal Fair Credit Reporting Act (FCRA)

Client Signature: _____

Client Name: _____

Todays Date: _____

Telephone Number(s) _____

Social Security _____

**Notice of Cancellation**

**Notice of Cancellation**

You may cancel this contract, without any penalty or obligation, at any time after the date the contract is signed by you

To cancel this contract, mail or deliver a signed, dated copy of this cancellation notice, or any other written notice to Capital Credit Solutions Inc  at 5594 Richard Street  Jacksonville, Florida, 32216 before midnight on (date)
_____

I hereby cancel this transaction,

_____

Date

**Purchaser's Signature:**
DATE

**Revocation of Limited Power of Attorney**

I, the undersigned _____ residing address_____ hereby revoke the Power of Attorney dated _____ and granted to Capital Credit Solutions Inc  located at 5594 Richard Street, Jacksonville, Florida, 32216

I hereby give notice to Capital Credit Solutions Inc and all other interested parties that I withdraw every power and authority thereby given and declare the above Power of Attorney null and void and of no further force or effect

Executed this _____ day of _____ 20 ____

at _____

Signature

_____ in the presence of the undersigned witnesses

**Witness 1.**

Name: _____

Address: _____

Signature: _____

**Witness 2.**

Name _____

Address: _____

Signature: _____

**Acknowledgement**

This document was acknowledged before me on this _____ day of _____ 20_____ by _____

Signature of Notary Public _____

**Revocation of Limited Power of Attorney**

I, the undersigned _____ residing address ___   _____ **hereby
revoke the Power of Attorney dated** _____ and granted to **Capital
Credit Solutions Inc** located at 5554 Richard Street, Jacksonville, Florida 32216

I hereby give notice to **Capital Credit Solutions Inc** and all other interested parties
that I withdraw every power and authority thereby given and declare the above
Power of Attorney null and void and of no further force or effect

Executed this _____ day of _____ 20 ____

**at**

**Signature**

_____ in the presence of the undersigned
witnesses

**Witness 1.**

Name _____

Address

Signature _____

**Witness 2.**

Name _____

Address

Signature _____

**Acknowledgement**

This document was acknowledged before me on this _____ day of
_____ 20__ by _____

Signature of Notary Public

Full legal Name

My commission expires _____

State of _____

County of _____

**DO NOT WRITE BELOW THIS LINE FOR OFFICE USE ONLY**

By Capital Credit Solutions Inc _____

Today's Date _____

Date of Commencement _____