IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STATE OF ARKANSAS, *ex rel.*　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
LESLIE RUTLEDGE, ATTORNEY GENERAL

v.　　　　　　　　　　　　No. 4:16CV00912 JLH

CAPITAL CREDIT SOLUTIONS, INC.;
and WILLIE J. MCKENZIE　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the State of Arkansas, *ex rel*. Leslie Rutledge, Attorney General, against Capital Credit Solutions, Inc., and Willie J. McKenzie, in the amount of $10,000.00 for a civil penalty plus attorneys' fees in the amount of $8,587.50 plus costs in the amount of $594.10 for a total of $19,181.60.

IT IS SO ORDERED this 26th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE